# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

Dennis James Graves

                Defendant.

JUDGMENT

Case Number: 2:09-cr-00502-KJD-PAL

(Related case: 2:16-cv-01266-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying 2255 motion to vacate sentence. A Certificate of Appealability is denied.

October 21, 2019                                     DEBRA K. KEMPI
Date                                                             Clerk

                                                                               /s/ J. Matott
                                                                               Deputy Clerk